UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE JACKSON,<br><br>              Plaintiff,<br><br>    v.<br><br>LAURA MENNITT, and RN MCCOY,<br><br>              Defendants. | Case No. 1:18-cv-01327-JDP<br><br>ORDER VACATING ORDER REFERRING CASE TO POST-SCREENING ADR<br><br>ECF No. 18 |

    On August 26, 2019, I referred this case for ADR, with the caveat that the parties would consult, and defendants would notify the court if ADR was unlikely to be productive. ECF No. 18. On September 23, 2019, defendants filed a request to opt out of ADR at this time. ECF No. 23. For good cause shown, defendant's request is granted and the order referring this case to post-screening ADR, ECF No. 18, is hereby vacated.

IT IS SO ORDERED.

Dated:   October 9, 2019                                       /s/ Jeremy Peterson
                                                              UNITED STATES MAGISTRATE JUDGE

No. 204